Mark P. Estrella (SBN 187091)
MEstrella@InitiativeLegal.com
David M. Medby (SBN 227401)
DMedby@InitiativeLegal.com
Sang Park (SBN 232956)
SPark@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051

[Additional attorneys appear on signature page.]

Attorneys for Plaintiff Larry Charles Jackson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CHARLES JACKSON, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>Defendant. | Case No.:  CV10-9183 PA (Ex)<br><br>[Assigned to the Hon. Percy Anderson]<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed:  November 30, 2010 |

NOTICE OF VOLUNTARY DISMISSAL

1   PLEASE TAKE NOTICE that Plaintiff Larry Charles Jackson
2   ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby
3   dismisses all claims in this action without prejudice as to Defendant Toyota
4   Motor Sales, U.S.A., Inc. ("Defendant").  Federal Rule of Civil Procedure
5   41(a)(1) provides, in relevant part:
6      (a) Voluntary Dismissal.
7         (1) By the Plaintiff.
8            (A) Without a Court Order.  Subject to Rules 23(e), 23.1(c),
9            23.2, and 66 and any applicable federal statue, the plaintiff
10           may dismiss an action without a court order by filing:
11              (i) a notice of dismissal before the opposing party
12              serves either an answer or a motion for summary
13              judgment
14          *   *   *
15  Defendant has neither answered Plaintiff's Complaint, nor filed a motion
16  for summary judgment.  Accordingly, this matter may be dismissed without
17  prejudice and without an Order of the Court.
18
19  Dated:  April 21, 2011            Respectfully submitted,
20                                 Initiative Legal Group APC
21
22                                 By: /S/ Sang Park
23                                 Mark P. Estrella
                                   David M. Medby
24                                 Sang Park
25                                 Robert Starr
26                                 THE LAW OFFICE OF ROBERT STARR
                                   e-mail: starresq@hotmail.com
27                                 23277 Ventura Boulevard
                                   Woodland Hills, California, 91364-1002
28                                 Telephone: (818) 225-9040
                                   Facsimile: (818) 225-9042

Initiative Legal Group APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

| | |
|---|---|
| 1 | |
| 2 | Payam Shahian |
| | STRATEGIC LEGAL PRACTICES, APC |
| 3 | e-mail: pshahian@slpattorney.com |
| | 1875 Century Park East, Suite 700 |
| 4 | Los Angeles, CA 90067 |
| | Telephone: (310) 277-1040 |
| 5 | Facsimile: (310) 943-3838 |
| 6 | Attorneys for Plaintiff |